Matter of Hornedo v Alfonzo (2025 NY Slip Op 03572)

Matter of Hornedo v Alfonzo

2025 NY Slip Op 03572

Decided on June 11, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 11, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
PHILLIP HOM, JJ.

2024-09656
 (Docket No. F-567-22/23A)

[*1]In the Matter of Kristin Marie Hornedo, respondent, 
v
Adam Jacob Alfonzo, appellant.

Linda C. Braunsberg, Staten Island, NY, for appellant.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Richmond County (Peter F. DeLizzo, J.), dated September 12, 2024. The order denied the father's objections to so much of an order of the same court (Jacqueline Cabrera, S.M.) dated May 13, 2024, made after a hearing, and upon findings of fact also dated May 13, 2024, as found that the father willfully violated an order of support dated October 27, 2023.
ORDERED that the order dated September 12, 2024, is affirmed, without costs or disbursements.
The underlying facts and procedure are set forth in Matter of Hornedo v Alfonzo (____ AD3d ____ [Appellate Division Docket No. 2024-08756; decided herewith]). Contrary to the father's contention, the Family Court properly denied his objections to so much of an order of a support magistrate as found that the father willfully violated an order of support (see Matter of Evans v Pudding, 184 AD3d 638; Matter of Addimando v Huerta, 147 AD3d 750).
MILLER, J.P., DOWLING, WAN and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court